# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00385-CV

**Texas Disposal Systems, Inc., Texas Disposal Systems Landfill, Inc., and Texas Landfill Management, LLC, Appellants**

**v.**

**Judith Kent, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-005768, THE HONORABLE LAURIE EISERLOH, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties jointly move for an abatement of this appeal so that they may mediate on a date after the current deadline for filing the appellants' brief. We grant the joint motion and abate the appeal. The parties shall submit a motion to dismiss the appeal, a motion to reinstate the appeal, or a status report on the settlement proceedings accompanied by a motion to extend the abatement on or before June 23, 2026. The case will remain abated until further order of this Court. *See Standard Pac. of Tex., Inc. v. Aaron Thomison Masonry, Inc.*, No. 03-24-00367-CV, 2025 WL 320970, at *1 (Tex. App.—Austin Jan. 29, 2025, order & mem. op.).

It is ordered on May 29, 2026.

Before Justices Triana, Kelly, and Ellis

Abated

Filed: May 29, 2026